

### In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00028-CR

_____

### MARCUS DEWAYNE NICKERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 85th District Court
Brazos County, Texas
Trial Court Cause No. 18-01753-CRF-85**

## ORDER

This appeal was abated pending disposition of appellant's related appeal in cause number 10-18-00380-CR in the Tenth Court of Appeals. Appellant's appeal in case number 10-18-00158-CR was denied on February 17, 2021. On September 22, 2021, the Court of Criminal Appeals denied Appellant's Petition for Discretionary Review. Mandate in case number 10-18-00380-CR issued on November 15, 2021.

The appeal is reinstated. The State's brief is due thirty days from the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.